Submitted May 21, affirmed June 9, petition for review denied October 10, 2021
(368 Or 638)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CASSANDRA ELAINE MAUGHAN,
*Defendant-Appellant.*

Tillamook County Circuit Court
19CR19491; A171305

487 P3d 880

Jonathan R. Hill, Judge. (Judgment)

Richard Baldwin, Senior Judge. (Supplemental Judgment)

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kristin A. Carveth, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jon Zunkel-deCoursey, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

Defendant was convicted of robbery and theft offenses, and felon in possession of a firearm. She appeals the judgment of conviction and the supplemental judgment imposing $574.71 in restitution. We reject her challenge to the trial court's denial of her motion for judgment of acquittal on the robbery and theft charges. We also reject her restitution argument. We rejected her accomplice's same argument in *State v. Buswell*, 308 Or App 389, 479 P3d 341 (2021).

Affirmed.